# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM20 | 3841272 | SCHONTEIT | 1347 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code | Place of Offense |
|---|---|---|
| 08/15/2013 1305 | 36 CFR 4.23(a)(1) | Route 209 MM 12 |

**Offense Description: Factual Basis for Charge** HAZMAT ☐
OUT- DRUGS, UNSAFE/INCAPABLE OF
SAFE OPERATION 270000

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ADAMS | CHRISTINE | C |

| Email Address | Phone: 855-772-1275 |
|---|---|

| Street Address | | |
|---|---|---|
| P.O. Box 253 | | |

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WARWICK | NY | 10990 | 06/21/1990 |

| Driver's License No. | C.D.L. ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 693 058 437 | | NY | 061 78 6476 |

| Adult ☒ Juvenile ☐ | Sex ☐ Male ☒ Female | Hair BRO | Eyes BRO | Height 5'06" | Weight 115 |

## VEHICLE VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|
| EPP 8424 | NY | 08 | HYUNDAI TIBURON | RED |

A ☒ IF BOX A IS CHECKED, YOU **MUST APPEAR IN COURT**. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Date (mm/dd/yyyy) ___ Time (hh:mm) ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy
(Rev. 01/2011)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __August 15, 20 13__ while exercising my duties as a law enforcement officer in the __Middle__ District of __Pennsylvania__.

Within the boundaries of Delaware Water Gap NRA.

At approximately 1305 hours I received a report that a vehicle bearing NY plate # EPP 8425 Northbound on Route 209 at MM12, Delaware Water Gap NRA Dispatch initially received a report that this vehicle was driving in the oncoming traffic lane and nearly hit a oncoming flagger. I observed this vehicle unable to maintain its lane of travel, leaving the roadway entirely and driving on the road shoulder since and entering the oncoming traffic lane for significant periods of time then finally at a distance of 1 mile I discovered in stop the vehicle before MM 13 only to have the vehicle travel as additional 4 miles with my lights and siren activated, still not maintaining the lane of travel. When the vehicle entered the oncoming traffic lane I caused oncoming traffic to have to veer away from this vehicle in its lane. I contacted the driver of the vehicle Christine Adams who was identified by her NY DL # 093058937. ADAMS initially stated that she was driving him to a hospital. When that was found to be false, she then stated she was driving him to a police field to fix the bike that was reported stolen. When that was also found to be false, she claimed she was speeding and needed to go to a hospital to be with her. (Her grandmother ultimately picked her up when we refused to meet her based) ADAMS had slurred speech and when was unable to maintain her balance outside of her vehicle. She was shaking and unable to satisfactorily complete Standardized Field Sobriety Tests. These test indicated that she was impaired by a substance other than alcohol ADAMS received citations for 36 CFR 4.23(a)(1) DUI- Incapable of Safe Operation, 36 CFR 4.22(b)(3) Unsafe Operation, 36 CFR 4.4, PA Title 75 Section 3736a Reckless Operation and 36 CFR 2.32(a)(3) Providing False Information.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __02/15/13__ __[signature]__
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Violation Number | 3841273 |
| Officer Name (Print) | SCHONBETT |
| Officer No. | 1347 |
| CVB Location Code | PM20 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 08/15/2013 1305 |
| Offense Charged | 36 CFR 4.2 / PA Title 75 § 3736(a) |
| Place of Offense | Route 209 MM 12 |
| Offense Description | RECKLESS OPERATION OF A MOTOR VEHICLE |
| HAZMAT | □ |

**DEFENDANT INFORMATION**

| Field | Value |
|---|---|
| Last Name | ADAMI |
| First Name | CHRISTINE |
| MI | C |
| Street Address | P.O. BOX 253 |
| City | WARWICK |
| State | NY |
| Zip Code | 10990 |
| Phone | 955-772-1275 |
| Date of Birth | 06/21/1990 |
| Driver License No. | 683 058 937 |
| D.L. State | NY |
| CDL □ | |
| Social Security No. | 061 78 6476 |
| Sex | ☒ Female |
| Adult ☒ Juvenile □ | |
| Eyes | BRO |
| Hair | BRO |
| Height | 5'06" |
| Weight | 115 |

**VEHICLE**

| Field | Value |
|---|---|
| Tag No. | FPP 8429 |
| State | NY |
| Year | 08 |
| Make/Model | HYUNDAI TIBURON |
| PASS | |
| Color | RED |
| CMV □ | |

☒ A  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
□ B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT →

$ _____ Forfeiture Amount
+ $25   Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: M/A

Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 01/2011)   Original - CVB Copy

---

3841273

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 15, 20 13 while exercising my duties as a law enforcement officer in the Middle District of Pennsylvania:

At approximately 1305 hours I received a report that this vehicle was Water Gap NRA Dispatch. Initially received a report that this vehicle was driving in the oncoming traffic lane nearly hit a roadway flagger. I observed the vehicle to make an improper U-turn and nearly leaving the roadway, critically and driving on the road shoulder three times and causing the oncoming traffic lane for significant portions on three [illegible] occasions a distance of 3 miles. I attempted to stop the vehicle before MM 13 only to have the vehicle travel an additional 4 miles with my lights and siren activated, with not maintaining the lane of travel. When the vehicle stopped and the oncoming traffic lane it caused oncoming traffic to have to veer away from this vehicle. In its lane. I contacted the driver of the vehicle Christine ADAMI and indicated to her the NY DL# 695058937. ADAMI initially stated that she had a passenger who was having a medical emergency and she was driving him to a hospital. When this was found to be false, she then stated she was a private nurse. When this was also found to be false, she claimed she was working undercover for a police department, which was also found to be false. She also made false statements about vehicle issues (purportedly loose tires and guy to get as well as statements that her grandmother was dying and she needed to get to a hospital to be with her.) Her grandmother ultimately picked her up when responded as requested. ADAMI had no pupillary reflex and was unable to maintain her balance outside of her vehicle. She was shaking and unable to satisfactorily complete Standardized Field Sobriety Tests. These test indicated that she was impaired by a substance other than alcohol. ADAMI received citations for 36 CFR 4.23(a)(1) OUI – Incapable of Safe Operation, 36 CFR 4.22(b)(3) Unsafe Operation, 36 CFR 4.2 PA Title 75 Section 3736 - Reckless Operation and 36 CFR 2.32(a)(1) Providing False Information.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/13   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|
| 3841274 | SCHONZER | 1347 | PM20 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 08/15/13 1305 | 36 CFR 4.22(b)(3) | ROUTE 209 MM 12 |

Offense Description: Factual Basis for Charge — HAZMAT ☐
UNSAFE OPERATION; FAILURE TO
MAINTAIN CONTROL.

731A00

NP13060205

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ADAMI | CHRISTINE | C |

Street Address: P.O. Box 253

| City | State | Zip Code |
|---|---|---|
| WARWICK | NY | 10990 |

| Drivers License No. | C.D.L. ☐ | D.L. State | Date of Birth (mm/dd/yyyy) | Social Security No. |
|---|---|---|---|---|
| 643 058 937 | | NY | 06/21/1990 | 061 78 6476 |

| Sex ☐ Male ☒ Female | Hgt | Eyes | Hair | Weight | CMV ☐ |
|---|---|---|---|---|---|
| | 5'10 | BRO | BRO | 115 | |

### VEHICLE   VIN:

| Tag No. | State | Year | Make | Model | PASS ☐ | Color |
|---|---|---|---|---|---|---|
| FPP 8424 | NY | 08 | HYUNDAI | TIBURON | | RED |

**A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)**

**B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)**

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____
(Rev. 01/2011) Original — CVB Copy

3841274

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 15, 2013 while exercising my duties as a law enforcement officer in the Middle District of Pennsylvania.

Within the boundaries of Delaware Water Gap NRA

At approximately 1305 hours I observed a red Hyundai Tiburon nearing NY Plate # FPP 8429 Northbound on Route 209 at MM12 Delaware Water Gap NRA Dispatch initially received a report that this vehicle was driving at the oncoming traffic lane and nearly hit a moped leaving the roadway entirely and driving on the road shoulder three times and entering the oncoming traffic lane for significant periods of time to times in a distance of 3 miles. I attempted to stop the vehicle before MM 13 only to have the vehicle travel an additional 4 miles with my lights and siren activated, but NR understanding of my time of travel. When the vehicle crossed the oncoming traffic lane, it came across traffic to have to veer away from this vehicle in its lane. I contacted the driver of the vehicle Christine ADAMI as identified by her NY DL # 093937. ADAMI initially stated that she had experience one bicycle a medical emergency and she was driving him to a hospital. When that was found to be false, she then stated she was speeding on her — which she too stop to be with her. (Her grandmother ultimately placed her up when researched and had no medical issues.) ADAMI had pinpoint pupils and slurred speech, was unable to maintain her balance outside of her vehicle. She was shaking and unable to satisfactorily complete Standardized Field Sobriety Tests. I also determined that she was impaired by a substance other than alcohol. ADAMI received citations for 36 CFR 4.23(a)(1) DUI- Incapable of Safe Operation, 36 CFR 4.22(b)(3) Unsafe Operation, 36 CFR 4.12 Title 75 Section 3736 Reckless Operation and 36 CFR 2.32(a)(3) Providing False Information.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/13   _____ signature _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Violation Number | 3841275 |
| Officer Name (Print) | SCHONZEIT |
| Officer No. | 1397 |
| CVB Location Code | PM20 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 08/15/13 1305 | 36 CFR 2.32(a)(3) | | | |

Place of Offense: ROUTE 209 WWW 16

Offense Description: PROVIDING FALSE INFORMATION IN THE COURSE OF AN INVESTIGATION

HAZMAT: $300.00

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ADAMI | CHRISTINE | C |

Street Address: P.O. BOX 253
City: WARWICK
State: NY
Zip Code: 10990

Drivers License No.: 643 058 937
D.L. State: NY
Social Security No.: 061 78 6476
Date of Birth: 06/21/1980
Phone: 855 772 1215

Sex: F
Hair: BRO
Eyes: BRO
Height: 5'6"
Weight: 115

### VEHICLE — VIN: N/A

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| FPP 8424 | NY | 08 | HYUNDAI TIBURON | | RED |

☒ A  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
☐ B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT → $ ___  
+ $25 Processing Fee  
Total Collateral Due $ ___

YOUR COURT DATE: (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___  
Date (mm/dd/yyyy): ___  
Time (hh:mm): ___

X Defendant Signature: ___

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 15, 20 13 while exercising my duties as a law enforcement officer in the Middle District of Pennsylvania.

Within the boundaries of Delaware Water Gap NRA
At approximately 1305 hours I observed a Hyundai Tiburon bearing NY Plate # FPP 8429 Northbound on Route 209 at MM 12, Delaware Water Gap NRA Dispatch initially received a report that this vehicle was driving in the oncoming traffic lane, and nearly striking another vehicle. I observed this vehicle unable to maintain its lane of travel, leaving the roadway entirely and driving on the right shoulder three times and entering the oncoming traffic lane for significant periods of time. For 13 miles I attempted to stop the vehicle before MM 13 only to have the vehicle travel an additional 4 miles with my lights and siren activated until my observations the time of travel. When the vehicle entered the oncoming traffic lane, it caused the drivers of oncoming traffic to have to veer away from this vehicle in its lane. I contacted the driver of the vehicle Christine ADAMI as identified by her NY D.L. #643058937. ADAMI initially stated that she had prescribed cocaine prior to driving and she was driving from a hospital. When she was found to be taking she then stated she was a police officer undercover for a police department, which was also found to be false. She also made false statements about vehicle concerns (purported cocaine and caught) as well as statements that her grandmother was driving and she needed to go to a hospital to be with her. She grandmother ultimately picked her up when she refused and lost her balance issues). ADAMI had pinpoint pupils and was shaking and unable to satisfactorily complete Standardized Field Sobriety Tests. She had received citations for 36 CFR 4.23(a)(1) DUI - Incapable of Safe Operation, 36 CFR 4.2/PA title 75 section 3802 Reckless Operation, and 36 CFR 2.32(a)(3) Providing False Information.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/13 ___
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice

CVB Location Code: PM19
Violation Number: 4200213
Officer Name (Print): SCHONZEIT
Officer No.: 1397

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 10/24/13 1306 | 36CFR 4.21(C) | ROUTE 209 MM 12 |

Offense Description: Factual Basis for Charge: SPEEDING. 50 MPH IN POSTED 35 MPH ZONE.
HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (845) 772-1215

| Last Name | First Name | M.I. |
|---|---|---|
| ADAMI | CHRISTINE | C |

Street Address: P.O. BOX 253
City: WARWICK
State: NY
Zip Code: 10990
Drivers License No.: 693058937
CDL ☐
D.L. State: NY
Social Security No.: 061786476
Date of Birth: 06/21/1990
Adult ☒ Juvenile ☐
Sex: ☐ Male ☒ Female
Hair: BRO
Eyes: BRO
Height: 506
Weight: 115

### VEHICLE
VIN: KMHHW66D28U284378
CMV ☐
Tag No.: FPP 8429
State: NY
Year: 08
Make/Model: HONDA TIBURON
PASS ☐
Color: RED

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → 
$ — Forfeiture Amount
+ $25 Processing Fee
$ — Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: M/A
Date (mm/dd/yyyy): —
Time (hh:mm): —

X Defendant Signature
My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the hearing at the time and place instructed or pay the total collateral due.

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 24, 20 13 while exercising my duties as a law enforcement officer in the Middle District of Pennsylvania

Within the boundaries of Delaware Water Gap NRA, I received a report that a vehicle was driving erratically south bound on route 209 and had nearly caused several collisions. Dispatch stated the vehicle was a red Tiburon bearing NY-Plate # FPP-8429. I observed a vehicle matching this description south bound on Route 209 at MM12. I observed that this vehicle was travelling at a high rate of speed which I estimated to be 50 mph in the posted 35 mph zone. My vehicle's radar unit, a Kustom Signals Golden Eagle II bearing serial #XE05451 confirmed this vehicle's speed to be 50 mph. This radar unit's calibration was checked prior to and after this contact and was found to be working correctly and accurately. I observed this vehicle cross into the oncoming traffic lane over a double yellow center line, and then cross onto the road shoulder, leaving the pavement, in a distance of less than 10th of a mile. I pulled in behind the vehicle, and the vehicle swerved off of the roadway, using no turn signal, and into a pull off just before the intersection with Wilson Hill Rd.
I contacted the driver of the vehicle, Christine C ADAMI as identified by her NY Driver's License #693058937. When I contacted ADAMI she stated she was driving fast because she had a "doughnut" tire on. I noticed that ADAMI's eyes were pinpoint and that her hands were shaking. I asked ADAMI to exit the vehicle to complete SFST's. When I asked ADAMI if she was taking any medications which might impair her ability to complete the SFST's, she stated she had marijuana in her purse. ADAMI had watery, glassy eyes, constricted pupils and indicated 6 clues on Walk and Turn (cannot keep balance during instruction, missed heel to toe, stepped off line, raises arms, improper turn) and 3 clues on One Leg Stand Test (sways, raises arm, placed foot down). Based on these findings and the totality of the contact, I determined ADAMI to be impaired. Subsequent to arrest, I located approx. 2 grams of suspected marijuana, 2 glass pipes typically associated with smoking marijuana and containing residue of suspected marijuana, a glass pipe typically associated with smoking crack cocaine in a brown paper bag located in ADAMI's purse. ADAMI was placed under arrest for the following violations: 36 CFR 4.21(C) speed in Excess of the Posted Limit; 36 CFR 4.22(b)(3) Unsafe Operation of a Motor Vehicle, Failure to Maintain Control; 36 CFR 2.35(b)(2) Possession of a Controlled Substance, 18 USC 13(a) PA Title 35 Sect. 780-113, Possession of Drug Paraphernalia; and 36 CFR 4.23(a)(1) Operating a Vehicle Under the Influence of Drugs; Rendering Incapable of Safe Operation.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/24/2013
Date (mm/dd/yyyy)
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | PM19 |
| Violation Number | 4200212 |
| Officer Name (Print) | SCHONZEIT |
| Officer No. | 1397 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☒ CFR ☐ USC ☐ State Code |
|---|---|---|
| 10/24/13 1306 | 36 C.F.R 2.35 (b)(2) | |

Place of Offense: ROUTE 209 MM 12 9120

Offense Description: Factual Basis for Charge
POSSESSION OF A CONTROLLED SUBSTANCE. HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ADAMI | CHRISTINE | C |

| Street Address | Phone: (845) 772-1275 |
|---|---|
| P.O. BOX 253 | |

| City | State | Zip Code |
|---|---|---|
| WARWICK | NY | 10990 |

| Driver's License No. | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| 693 058 937 | NY | 061 78 6476 | 06/21/1990 |

☐ Adult ☐ Juvenile  Sex: ☐ Male ☒ Female  Hair: BRO  Eyes: BRO  Height: 5'06  Weight: 115  CDL ☐  CMV ☐

### VEHICLE

| VIN | KMHHM66D28U284378 |
|---|---|
| Tag No. | FPP 8429 |
| State | NY |
| Year | 08 |
| Make/Model | HYUNDAI TIBURON |
| PASS ☐ Color | RED |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

4200212

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 24, 20 13 while exercising my duties as a law enforcement officer in the Middle District of Penn.

Within the boundaries of Delaware Water Gap NRA, I received a report that a vehicle was driving erratically south bound on route 209 and had nearly caused several collisions. Dispatch stated the vehicle was a red Tiburon bearing NY Plate # FPP 8429. I observed a vehicle matching this description south bound on Route 209 at MM12. I observed that this vehicle was travelling at a high rate of speed which I estimated to be 60 mph in the posted 35 mph zone. My vehicle's radar unit, a Kustom Signals Golden Eagle II bearing serial # XEU9497 confirmed this vehicle's speed to be 59 mph. This radar unit's calibration was checked prior to and after this contact and was found to be working correctly and accurately. I observed this vehicle cross into the oncoming traffic lane over a double yellow center line, and then cross onto the road shoulder, leaving the pavement, in a distance of less than 1/10th of a mile. I pulled in behind the vehicle, and the vehicle swerved off of the roadway, using no turn signal, and into a pull off just before the intersection with Wilson Hill Rd.

I contacted the driver of the vehicle, Christine C. ADAMI, as identified by her NY Driver's License #693058937. When I contacted ADAMI she stated she was driving fast because she had a "doughnut" in her car. I noticed that ADAMI's eyes were pinpoint and that her hands were shaking. I asked ADAMI to exit the vehicle to complete SFSTs. When I asked ADAMI if she was taking any medications which might impair her ability to complete the SFSTs, she stated she had marijuana in her purse. ADAMI had watery, glassy eyes, constricted pupils, and indicated 6 clues on Walk and Turn (cannot keep balance during instruction, missed heel to toe, stepped off line, raises arms, improper turn) and 3 clues on the One Leg Stand Test (sways, raises arms, places foot down). Based on these findings and the totality of the contact, I determined ADAMI to be impaired. Subsequent to arrest, I located approx. 2 grams of suspected marijuana, 2 glass pipes typically associated with smoking marijuana and containing residue of suspected marijuana, a glass pipe typically associated with smoking crack cocaine in a brown paper bag located in ADAMI's purse. ADAMI was placed under arrest for the following violations: 36 CFR 4.22(c) Speed in Excess of the Posted Limit; 36 CFR 4.22(b)(3) Unsafe Operation of a Motor Vehicle, Failure to Maintain Control; 36 CFR 2.35(b)(2) Possession of a Controlled Substance; 18 USC 13(a)/PA Title 35 Sect. 780-113, Possession of Drug Paraphernalia; and 36 CFR 4.23(a)(1) Operating a Vehicle Under the Influence of Drugs, Rendering Incapable of Safe Operation.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/24/2013    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code: **PM19** | Violation Number: **4200214** | Officer Name (Print): **SCHONZEIT** | Officer No.: **1347** |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | HAZMAT ☐ |
|---|---|---|
| 10/24/13  1306 | 36 CFR 4.22(b)(3) | |

Place of Offense: **ROUTE 209 MM12**

Offense Description: Factual Basis for Charge: **FAILURE TO MAINTAIN CONTROL — UNSAFE OPERATION**

NP1308687

## DEFENDANT INFORMATION

Phone: (845) 772-1215

| Last Name | First Name | M.I. |
|---|---|---|
| ADAMI | CHRISTINE | C |

Street Address: **P.O. Box 253**

| City | State | Zip Code |
|---|---|---|
| WARWICK | NY | 10990 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| 693058937 | | NY | 06178 6416 | 06/21/1990 |

Adult ☒  Juvenile ☐   Sex ☐ Male ☒ Female   Eyes: **BRO**   Hair: **BRO**   Height: **5'06**   Weight: **115**

## VEHICLE  CMV ☐

VIN: **KMHHM66D28U284378**

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| FPP 8429 | NY | 08 | HYUNDAI TIBURON | | RED |

☒ A IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

☐ B IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT →    $ _____ Forfeiture Amount
                     + $25 Processing Fee
                     $ _____ Total Collateral Due

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: **N/A**

Date (mm/dd/yyyy): _____   Time (hh:mm): _____

X Defendant Signature

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 24, 20 13 while exercising my duties as a law enforcement officer in the Middle District of Penn.

Within the boundaries of Delaware Water Gap NRA, I received a report that a vehicle was driving erratically south bound on route 209 and had nearly caused several collisions. Dispatch stated the vehicle was a red Tiburon bearing NY Plate # FPP-8429. I observed a vehicle matching this description south bound on Route 209 at MM12. I observed that this vehicle was traveling at a high rate of speed which I estimated to be 60 mph in the posted 35 mph zone. My vehicle's radar unit, a Kustom Signals Golden Eagle II bearing serial # XE094451 confirmed this vehicle's speed to be 60 mph. This radar unit's calibration was checked prior to and after this contact and was found to be working correctly and accurately. I observed this vehicle cross into the oncoming traffic lane over double yellow center line, and then cross onto the right shoulder, leaving the pavement, in a distance of less than 1/10th of a mile. I pulled in behind the vehicle, and the vehicle snapped off of the roadway, using no turn signal, and into a pull off just before the intersection with Wilson Hill Rd.

I contacted the driver of the vehicle, Christine C ADAMI, as identified by her NY Driver's License #693058937. When I contacted ADAMI she stated she was driving fast because she had a "droughnut" tire on. I noticed that ADAMI's eyes were pinpoint and that her hands were shaking. I asked ADAMI to exit the vehicle to complete SFSTs. When I asked ADAMI if she was taking any medications which might impair her ability to complete the SFSTs, she stated she had marijuana in her purse. ADAMI had watery, glassy eyes, constricted pupils and indicated 5 clues on Walk and Turn (cannot keep balance during instruction, missed heel to toe, stepped off line, raises arms, improper turn) and 3 clues on the One Leg Stand Test (sways, raises arms, placed foot down) Based on these findings and the totality of the contact, I determined ADAMI to be impaired. Subsequent to arrest, I located approx. 2 grams of suspected marijuana, 2 glass pipes typically associated with smoking marijuana and containing residue of suspected marijuana, a glass pipe typically associated with smoking crack cocaine in a brown paper bag located in ADAMI's purse. ADAMI was placed under arrest for the following violations: 36 CFR 4.21(C) Speed in Excess of the Posted Limit; 36 CFR 4.22(b)(2) Possession of a Motor Vehicle, Failure to Maintain Control; 36 CFR 2.35(b)(2) Possession of a Controlled Substance; 18 USC 13/21 PA Title 35-Sect. 780-119, Possession of Drug Paraphernalia; and 36 CFR 4.23(a)(1) Operating a Vehicle Under the Influence of Drugs, Rendering Incapable of Safe Operation.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/24/2013**     _signature_
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| CVB Location Code | PM19 |
|---|---|
| Violation Number | 4200215 |
| Officer Name (Print) | SCHONZEIT |
| Officer No. | 1347 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☒ CFR  ☐ USC  ☒ State Code |
|---|---|---|
| 10/24/13 1306 | 18 USC § 13 (c) | PA TITLE 35 § 780-113 |

Place of Offense: ROUTE 209 MM 12

Offense Description: Factual Basis for Charge
POSSESSION OF DRUG PARAPHERNALIA

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ADAMI | CHRISTINE | C |

Street Address: P.O. BOX 253

| City | State | Zip Code | Phone # | Social Security No. |
|---|---|---|---|---|
| WARWICK | NY | 10990 | (845) 772-1275 | 071200 |

| Driver's License No. | CDL ☐ | D.L. State | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| 693 058 431 | | NY | 06/28/1990 |

| | Sex ☐ Male ☒ Female | Hair BRO | Eyes BRO | Height 5'06 | Weight 115 |

### VEHICLE  CMV ☐

| VIN: KMHHM66D28U284378 | | | | |
|---|---|---|---|---|
| Tag No. FPP 8429 | State NY | Year 08 | Make/Model HYUNDAI TIBURON | PASS ☐ Color RED |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ M/A

Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 01/2011)   Original - CVB Copy

NP1308
4200215

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __October__ 24, 20 13, while exercising my duties as a law enforcement officer in the __Middle__ District of __Pennsylvania__

Within the boundaries of Delaware Water Gap NRA, I received a report that a vehicle was driving erratically south bound on route 209 and had nearly caused several collisions. Dispatch stated the vehicle was a red Tiburon bearing NY Plate # FPP 8429. I observed a vehicle matching this description south bound on Route 209 at MM 12. I observed that this vehicle was travelling at a high rate of speed which I estimated to be 50 mph in the posted 35 mph zone. My vehicle's radar unit, a Kustom Signals Golden Eagle II bearing serial # XE09451 confirmed this vehicle's speed to be 50 mph. This radar unit's calibration was checked prior to and after this contract and was found to be working correctly and accurately. I observed this vehicle cross into the oncoming traffic lane over a double yellow center line and then cross onto the road shoulder, leaving on the pavement, in a distance of less than 1/10th of a mile. I pulled in behind the vehicle, and the vehicle swerved off of the roadway, using no turn signal, and into a pull off just before the intersection with Wilson Hill Rd.
I contacted the driver of the vehicle, Christine C. ADAMI, as identified by her NY Driver's License #*983058937. When I contacted ADAMI she stated she was driving fast because she had a "doughnut" tire on. I noticed that ADAMI's eyes were pinpointed and that her hands were shaking. I asked ADAMI to exit the vehicle to complete SFSTs. When I asked ADAMI if she was taking any medications which might impair her ability to complete the SFSTs, she stated she had marijuana in her purse. ADAMI had watery, glassy eyes, constricted pupils and indicated 5 clues on Walk and Turn (cannot keep balance during instruction, missed heel to toe, stepped off line, raises arms, improper turn) and 3 clues on the One Leg Stand Test (sways, raises arms, placed foot down). Based on these findings and the totality of the contact, I determined ADAMI to be impaired. Subsequent to arrest, I located approx. 2 grams of suspected marijuana, 2 glass pipes typically associated with smoking marijuana and containing residue of suspected marijuana, a glass pipe typically associated with smoking crack cocaine in a brown paper bag located in ADAMI's purse. ADAMI was placed under arrest for the following violations: 36 CFR 4.21(c) Speed in Excess of the Posted Limit; 36 CFR 4.22(b)(3) Unsafe Operation of a Motor Vehicle, Failure to Maintain Control; 36 CFR 2.35(b)(2) Possession of a Controlled Substance; 18 USC 13(a), PA Title 35 Sect. 780-113, Possession of Drug Paraphernalia; and 36 CFR 4.23(a)(1) Operating a Vehicle Under the Influence of Drugs, Rendering Incapable of Safe Operation.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/24/2013   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

# United States District Court Violation Notice

CVB Location Code: **PM19**
Officer No.: **1577**
Officer Name (Print): **SCHONZEIT**

Violation Number: **4200216**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **10/24/13 1306**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **36 CFR 4.23(a)(1)**
Place of Offense: **ROUTE 209 MM 12.9120**
Offense Description: **OUI - DRUGS, RENDERING UNSAFE OPERATION**
Factual Basis for Charge: **270060**

## DEFENDANT INFORMATION

Last Name: **ADAMI**
First Name: **CHRISTINE**
M.I.: **C**
Street Address: **P.O. BOX 253**
City: **WARWICK**
State: **NY**
Zip Code: **10990**
Phone: **(845) 772-1275**
Date of Birth: **06/21/890**
Drivers License No.: **693 058 937**
CDL ☐
D.L. State: **NY**
Social Security No.: **061 78 6476**
Sex: ☐ Male ☒ Female
Adult ☒ Juvenile ☐
Hair: **BRO**
Eyes: **BRO**
Height: **5'06**
Weight: **115**

## VEHICLE

Tag No.: **FPP 8429**
State: **NY**
Year: **08**
Make/Model: **HYUNDAI TIBURON**
PASS ☐
Color: **RED**
VIN: **KMHHM66D28U284378**
CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT → **$ N/A**

YOUR COURT DATE — **N/A**

X Defendant Signature: _____

(Rev. 01/2011)

Original - CVB Copy

NP130**86847**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October** **24**, 20 **13** while exercising my duties as a law enforcement officer in the **Middle** District of **Pennsylvania**

Within the boundaries of Delaware Water Gap NRA, I received a report that a vehicle was driving erratically south-bound on route 209 and had nearly caused several collisions. Dispatch stated the vehicle was a red Tiburon bearing NY Plate # FPP 8429. I observed a vehicle matching this description south-bound on Route 209 at MM12. I observed that this vehicle was travelling at a high rate of speed which I estimated to be 50 mph in the posted 35 mph zone. My vehicle's radar unit, a Kustom Signals Golden Eagle II bearing serial # XE09451 confirmed this vehicle's speed to be 50mph. This radar unit's calibration was checked prior to and after this contact and was found to be working correctly and accurately. I observed this vehicle cross into the oncoming traffic lane over a double yellow center line, and then cross onto the road shoulder, leaving the pavement, in a distance of less than 1/10th of a mile. I pulled in behind the vehicle, and the vehicle swerved off of the roadway, using no turn signal, and into a pull-off just before the intersection with Wilson Hill Rd.

I contacted the driver of the vehicle, Christine C. ADAMI, as identified by her NY Driver's License #693058937. When I contacted ADAMI she stated she was driving fast because she had a "doughnut" tire on. I noticed that ADAMI's eyes were pinpoint and that her hands were shaking. I asked ADAMI to exit the vehicle to complete SFSTs. When I asked ADAMI if she was taking any medications which might impair her ability to complete the SFSTs, she stated she had marijuana in her purse. ADAMI had watery, glassy eyes, constricted pupils and indicated 5 clues on Walk and Turn (could not keep balance during instruction, missed heel to toe, stepped off line, raises arms, improper turn) and 3 clues on the One Leg Stand Test (sways, raises arms, places foot down). Based on these findings and the totality of the contact, I determined ADAMI to be impaired. Subsequent to arrest, I located approx. 2 grams of suspected marijuana, 2 glass pipes typically associated with smoking marijuana and containing residue of suspected marijuana, a glass pipe typically associated with smoking crack cocaine in a brown paper bag located in ADAMI's purse. ADAMI was placed under arrest for the following violations: 36 CFR 4.21(c) Speed in Excess of Posted Limit, 36 CFR 4.22(b)(3) Unsafe Operation of a Motor Vehicle, Failure to Maintain Control, 36 CFR 2.35(b)(2) Possession of a Controlled Substance, 18 USC 13(a), PA Title 35 Sect. 780-113, Possession of Drug Paraphernalia, and 36 CFR 4.23(a)(1) Operating a Vehicle Under the Influence of Drugs, Rendering Incapable of Safe Operation.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/24/2013** _signature_
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  Time (hh:mm)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident