# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Christine Adami | **Judgment in a Criminal Case**<br>(For a Petty Offense)<br><br>Case No.    5:14-PO-14<br><br>USM No.<br><br>Leo Latella, Esquire<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded    ☑ guilty  ☐ nolo contendere to count(s) __3 & 6__

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.22 (b)(3) | Unsafe Operation: Faluire to maintain control | 8/15/2013 | 1 |
| 36 CFR 4-2 | Reckless Operation of a Motor Vehicle | 8/15/2013 | 2 |
| 36 CFR 4.23(a)(1) | OUI - Drugs Unsafe/Incapable of Safe Operation | 8/15/2013 | 3 |
| 36 CFR 2.32(a)(3) | Providing false information during course of investigai | 8/15/2013 | 4 |
| 36 CFR 4.21 | Speeding 50 MPH in a posted 35 MPH zone | 10/24/2013 | 5 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☑ Count(s)  1, 2, 4, 5, 7, 8 & ( _____    ☐ is  ☑ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __6476__

Defendant's Year of Birth: __1990__

City and State of Defendant's Residence:
Warwick, NJ
_____

__10/10/2014__
_____
Date of Imposition of Judgment

_Kwvri Hrehm_
_____
Signature of Judge

Karoline Mehalchick, US Magistrate Judge
_____
Name and Title of Judge

__11-12-14__
_____
Date

AO 245B    (Rev. 4/2013-MD/PA) Judgment in a
Criminal Case Sheet 1A

Judgment—Page    2    of    4

DEFENDANT:
CASE NUMBER:

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | Possession of a controlled substance | 10/24/2013 | 6 |
| 36 CFR 4.22(B)(3) | Failure to maintain control - unsafe operation | 10/24/2013 | 7 |
| 18 USC 13(c) | Possession of drug paraphernalia | 10/24/2013 | 8 |
| 36 CFR 4.23(a)(1) | OU Drugs, rendering unsafe operation | 10/24/2013 | 9 |

DEFENDANT:  Christine Adami
CASE NUMBER:  5:14-PO-14

Judgment — Page _3_ of _4_

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Time-served.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

☐  The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Christine Adami

CASE NUMBER: 5:14-PO-14

Judgment — Page __4__ of ___4___

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution | Processing Fee |
|---|---|---|---|---|
| TOTALS | $ 20.00 | $ | $ | $50.00 |

☐ The determination of restitution is deferred until_____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

    ☐ the interest requirement for    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.